IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRAZIA A. PUZZANGARA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EVANS ASSOCIATES; THE LAW OFFICE OF JASON J. EVANS, PC; XYZ ENTITIES I-X; JASON J. EVANS; JOHN DOE I; JOHN DOES II-X | : | NO. 10-76 |

**ORDER**

AND NOW, this 10th day of March, 2010, upon consideration of correspondence to the Court from Plaintiff's counsel dated March 9, 2010, it is hereby **ORDERED** that the **Preliminary Pretrial Conference** in this matter which was scheduled for March 10, 2010, is CONTINUED, and it will now be held on **April 14, 2010, at 2:20 p.m.**, before the Honorable M. Faith Angell, United States Magistrate Judge, Courtroom 7 (Court of Appeals Courtroom), Second Floor, Robert N. C. Nix, Sr. Federal Building, 900 Market Street, Philadelphia, Pennsylvania 19107. Please report to my call box on the second floor before proceeding to Courtroom 7.

As previously ordered, it is the obligation of counsel for the plaintiff to serve a copy of this Order upon counsel for all of the defendants and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**211 Robert N. C. Nix, Sr. Federal Building**
**900 Market Street**
**PHILADELPHIA, PENNSYLVANIA  19107**

| | |
|---|---|
| **Chambers of** | |
| **M. FAITH ANGELL** | **P:   (215) 597-6079** |
| **United States Magistrate Judge** | **F:   (215) 580-2165** |

*FAX / MAIL COVER SHEET*

| | |
|---|---|
| **CASE NO.**   10-76 | **DISTRICT COURT JUDGE:** LHP |
| **TODAY'S DATE**:   March 10, 2010 | **LAW CLERK'S INITIALS:** LFS |

**VIA FAX:**

| **NAME:** | **FAX NUMBER:** |
|---|---|
| 1.   Joseph A. Mullaney, III, Esq. | (610) 672-1944 |