IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAZIA A. PUZZANGARA, <br><br> Plaintiff, <br><br> v. <br><br> EVANS ASSOCIATES, et al., <br><br> Defendants. | Civil Action <br><br> No. 2:10-cv-00076 |

## ORDER

AND NOW, this 8th day of June, 2011, upon consideration of Plaintiff's Petition for Attorney's Fees and Costs of the Action, dkt. 9, and all responses thereto, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Petition for Attorney Fees is **GRANTED** in the amount of $4,151.54.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.